UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              Case No. 11-CR-20148

PAUL ANTHONY DELGADO,        HON. GEORGE CARAM STEEH

    Defendant.
_____/

### ORDER GRANTING GOVERNMENT'S MOTION TO HAVE THE COURT WAIVE THE ATTORNEY/CLIENT PRIVILEGE (DOC. # 72)

    Defendant filed a form 28 U.S.C.A. § 2255 motion in May 2013 with no description of his claims. On August 1, 2013, the court allowed defendant 30 days to amend the motion or face dismissal of the motion with prejudice. On October 9, 2013, the court allowed Delgado's late filing of his claims, which assert ineffective assistance of counsel, and ordered the government to respond within 60 days. The court has recently extended that response time to allow the government to interview defense counsel. In connection with that, the government has requested a limited waiver of the attorney/client privilege protecting the communication between defendant and his defense counsel, in order to assess the defendant's claims concerning his counsel's advice concerning sentencing. The limited waiver for this purpose is hereby GRANTED.

    **IT IS SO ORDERED**.

Dated: December 10, 2013

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 10, 2013, by electronic and/or ordinary mail and also on Paul Delgado, Register No. 27856-039, FMC Lexington, Federal Medical Center, P. O. Box 14500, Lexington, KY 40512.

s/Barbara Radke
Deputy Clerk